## LANKFORD v. WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 71, September Term, 1962.]

*Decided March 18, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set out in the lower court's opinion for denying relief, the application for leave to appeal is denied.